

700 Crossroads Building
2 State Street, Rochester, New York 14614
P 585.987.2800   F 585.454.3968

**WOODS OVIATT GILMAN LLP**

ATTORNEYS
woodsoviatt.com

1900 Main Place Tower
Buffalo, New York 14202
P 716.248.3200   F 716.854.5100

*Writer's Direct Dial Number: 716.248.3213*
*Writer's Direct Fax Number: 716.248.3313*
*Email: bgwitt@woodsoviatt.com*

April 2, 2019

<u>VIA ECF</u>

Hon. George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

    Re:   *Pettaway v. National Recovery Solutions, LLC et al.*
           Case No.: 1:19-cv-01328

Dear Judge Daniels:

    This office represents Defendants, National Recovery Solutions, LLC and US Asset Management, Inc. (collectively, "Defendants"). On March 13, 2019, Defendants filed a motion to dismiss and for attorneys' fees and costs ("Defendants' Motion"). [ECF No. 13.]

    Pursuant to Local Civil Rule 6.1(b)(2), Plaintiff had fourteen (14) days from the date of service of Defendants' Motion to file and serve any opposition. Thus, Plaintiff's time to file any opposition to Defendants' Motion expired on March 27, 2019.

    It is now April 2, 2019, and Plaintiff has not filed any opposition to Defendants' Motion. Plaintiff's time to oppose Defendants' Motion has expired. Accordingly, Defendants respectfully request the Court enter the enclosed proposed order granting Defendants' Motion in its entirety.

                            Respectfully Submitted,

                            WOODS OVIATT GILMAN LLP

                            Brian D. Gwitt
                          *Please direct responses to Buffalo Office*

BDG/akd
Enclosure

*The art of representing people*

{7168341: }

April 2, 2019
Page 2

cc: (*via ECF*)
    Andrew T. Thomasson, Esq.
    Francis Greene, Esq.
    Philip D. Stern, Esq.
    Abraham Kleinman, Esq.

{7168341: }

*The art of representing people*®