UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEAN M. PETTAWAY, Individually and on
behalf of all others similarly situation,

                      Plaintiff,

vs.

NATIONAL RECOVERY SOLUTIONS, LLC,
US ASSET MANAGEMENT, INC., and
JOHN AND JANE DOES 1-50,

                      Defendants.

Case No.: 1:19-CV-01328-GBD

---

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND FOR ATTORNEYS' FEES AND COSTS

Defendants, National Recovery Solutions, LLC and US Asset Management, Inc. ("Defendants"), by counsel, moved this Court for an Order dismissing Plaintiff's Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and directing Plaintiff to pay Defendants' attorneys' fees and costs pursuant to 15 U.S.C. § 1962k(a)(3).

The Court has considered the papers submitted by Defendants in support of the motion and the pleadings and proceedings to date. Plaintiff did not oppose the motion.

After due deliberation, this Court has determined that the Complaint fails to state a claim on which relief may be granted. The court further finds that Plaintiff will never be able to state any claim on the facts and occurrences set out in the Complaint so that leave to amend would be futile; therefore,

IT IS ORDERED that:

1.     Defendants' motion to dismiss Plaintiff's Complaint is GRANTED;

2.     Defendants' motion for attorneys' fees and costs is GRANTED;

{7168390: }

3. Defendants shall submit proof of attorneys' fees and costs incurred in bringing this motion;

4. The clerk will enter a judgment dismissing this action with prejudice and awarding Defendants their attorneys' fees and costs.

SO ORDERED.

_____
Hon. George B. Daniels