UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN M. PETTAWAY, individually and on
behalf of all others similarly situated,
                    Plaintiff,

      -against-

NATIONAL RECOVERY SOLUTIONS, LLC,
US ASSET MANAGEMENT INC. and JOHN
AND JANE DOES 1-50,
                    Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/19
```

19 CIVIL 1328 (GBD)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 20, 2019, Defendants' motion to dismiss is GRANTED. Defendants' request for attorneys' fees and costs is DENIED. Plaintiff's motion for leave to file an amended complaint is DENIED.

**Dated:** New York, New York
          May 20, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court

                    BY: _____
                                          Deputy Clerk